**VIRGIN MOBILE USA, L.L.C., Plaintiff**

v.

**Muhammad Mubi MUBASHIR, Defendant–Appellant**

v.

**United States of America, Appellee.**

No. 08–20731
**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

July 8, 2009.

Jay Hamilton Hileman, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Appellee.

Jani J. Maselli, Houston, TX, for Defendant–Appellant.

Before WIENER, STEWART, and CLEMENT, Circuit Judges.

PER CURIAM: *

Defendant–Appellant Muhammad Mubi Mubashir appeals his sentence imposed after being found guilty of criminal contempt of court in an underlying civil lawsuit, pursuant to 18 U.S.C. § 401(3). Mubashir contends that the sentencing court misapplied the guidelines by (1) committing a procedural error in the application of relevant conduct based on the Presentence

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Investigation Report, and (2) applying the guideline applicable to the closest "analogous offense," rather than relating back to the charge of criminal contempt.

We have reviewed all the applicable law and facts as revealed by the record on appeal and the briefs of the parties, and are convinced that the district court committed no reversible error. The judgment of the district court is, in all regards,

AFFIRMED.

Before HIGGINBOTHAM, GARZA, and PRADO, Circuit Judges.

---

\* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.